FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2021 JUL 16 P 12:29

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATION
OF THE FEDERAL GUN CONTROL ACT

**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **21-0088** |
| v. | * | SECTION: **SECT. D MAG. 4** |
| BURNEAL ELLIOTT | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(2) |
| | * | 18 U.S.C. § 922(o) |
| | | 21 U.S.C. § 841(a)(1) |
| | * | 21 U.S.C. § 841(b)(1)(C) |
| | | 18 U.S.C. § 924(c)(1)(A)(i) |
| | * | |

\* \* \*

The Grand Jury charges that:

**COUNT 1**
(Felon in Possession of a Firearm/Ammunition)

On or about March 17, 2021, in the Eastern District of Louisiana, the defendant, **BURNEAL ELLIOTT**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a violation of Louisiana Law in Criminal



Fee_____
Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

District Court, Parish of Orleans, on April 16, 2021, under case number 539-909 for possession of Cocaine, in violation of LA-R.S § 40:967, did knowingly possess a firearm, that is, a Glock model 20, 10mm handgun, bearing serial number BKKX352, and ammunition, that is, thirteen (13) 10mm rounds, said firearm and ammunition having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
### (Possession of a Machine Gun)

On or about March 17, 2021, in the Eastern District of Louisiana, the defendant, **BURNEAL ELLIOTT**, did knowingly possess a machine gun, that is, a Glock model 20, 10mm handgun, bearing serial number BKKX352, with a Glock auto-sear, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 3
### (Possession with Intent to Distribute Cocaine)

On or about March 17, 2021, in the Eastern District of Louisiana, the defendant, **BURNEAL ELLIOTT,** did knowingly and intentionally possess with the intent to distribute a quantity of Cocaine base, a Schedule II Controlled Dangerous Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about March 17, 2021, in the Eastern District of Louisiana, the defendant, **BURNEAL ELLIOTT**, did knowingly possess a firearm, that is, a Glock model 20, 10mm handgun, in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a quantity of Cocaine base as alleged in Count 3 of this Indictment; in violation of Title 18, United States code, Section 924(c)(1)(A)(i).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 4 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 3, the defendant, **BURNEAL ELLIOTT**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained directly or indirectly as the result of said offense, and any property used or intended to be used in any manner or part to commit or to facilitate the commission of said offense.

3. As a result of the offenses alleged in Counts 1 through 4, the defendant, **BURNEAL ELLIOTT** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to the following:

> Glock 20, 10mm handgun, with a Glock auto-sear, bearing serial number BKKX352;
>
> Thirteen (13) 10mm rounds;
>
> Smith and Wesson 9mm, bearing serial number SD9VE.

4. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

DUANE A. EVANS
UNITED STATES ATTORNEY

MICHAEL E. TRUMMEL
Assistant United States Attorney
Louisiana Bar Roll No. 36288

New Orleans, Louisiana
July 16, 2021

FORM OBD-34

No._____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

## BURNEAL ELLIOTT

# INDICTMENT

### INDICTMENT FOR VIOLATION
### OF THE FEDERAL GUN CONTROL ACT

VIOLATIONS:  18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 922(o)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 924(c)(1)(A)(i)

A true bill.

_____ [redacted]

Filed in open court this _____ day of _____, A.D. 2021.

_____
Clerk

Bail, $ _____

_____
MICHAEL E. TRUMMEL
Assistant United States Attorney